IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal No.: 1:15-CR-102-CB-4 |
| XIAOBING CHEN, | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW Defendant Xiaobing Chen, through counsel, to move this Honorable Court to continue the trial of this cause which is presently set for Pre-trial Conference on June 9, 2015 and Jury Selection on June 29, 2015.  In support of this motion the Defendant would show as follows:

1.  Co-Defendant DSD Shipping, AS, through its counsel, William E. Scully, Jr., has filed a Motion to Postpone Trial which was entered on June 2, 2015.  Defendant Xiaobing Chen would move this Honorable Court to adopt and incorporate the above identified motion of the Co-Defendant, DSD Shipping, AS, as his own.

2.  Defendant Xiaobing Chen has filed a Waiver of Speedy Trial contemporaneously with the filing of this motion.

3.  The undersigned has attempted to conference with AUSA Mike Anderson, via telephone, regarding his position on this motion, without success.  Therefore, at the filing of this motion, the Government's position is not known.

WHEREFORE, the premises considered, Defendant Xiaobing Chen prays that this Court will enter an Order postponing the trial of this cause until the October 2015 trial docket adopting the requested relief of Co-Defendant DSD Shipping, AS.

Respectfully submitted,

/s/ James M. Scroggins
JAMES M. SCROGGINS, P.C.
JAMES M. SCROGGINS, ESQ. (SCROJ3672)
Attorney for Defendant
Post Office Box 1678
Daphne, Alabama 36526  (Tel. 251-626-7725)
jamesmscroggins@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mike Anderson, Assistant U.S. Attorney.

/s/ James M. Scroggins
JAMES M. SCROGGINS