IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CASE NO: 1:15-cr-00102 |
| | * | |
| DSD SHIPPING, A.S., et., al., | * | |
| | * | |
| DEFENDANTS. | * | |

## MOTION FOR DEPOSITION

COMES NOW, Pan Shichao, and moves this Honorable Court to direct the parties to take his deposition, or in the alternative, to allow him to leave Mobile, Alabama and return for the trial in the above referenced case. In support of his motion, Pan Shichao shows as follows:

1. Mr. Shichao was employed as a cadet in the engine room of the Stavanger Blossom.

2. As a result of the alleged misconduct on the part of certain crew members, and the owner of the Stavanger Blossom, criminal charges were brought against the company6 and certain crew members.

3. Mr. Shichao has not been indicted or otherwise charged with any criminal offense.

4. By virtue of a surety agreement between the company and the government, Mr. Shichao's passport is being held by the company and he can not leave this country.

5. Mr. Shichao has cooperated fully with the parties, and remains willing to testify in this case.

6. Mr. Shichao is a native of China.

7. Mr. Shichao has been forced to remain in Mobile, Alabama since December 1, 2014, with a proposed trial date in October, 2015.

8. Mr. Shichao is guilty of no wrongdoing, and desires to return to his home in China, but is willing, if necessary, to return for trial.

9. Mr. Shichao's testimony can be obtained by the parties and be available for the trial through a deposition.

10. Mr. Shichao has been forced to live away from his home for six (6) months at present, and he would be kept from his home for an additional three months, if the case goes to trial in October, 2015.

11. Taking Mr. Shichao's deposition would not prejudice either of the parties and would allow Mr. Shichao to return to his homeland.

/s/ W. Gregory Hughes
W. GREGORY HUGHES
Attorney for Pan Shichao
501 Church Street
Mobile, AL 36602
Phone: (251) 433-3671

CERTIFICATE OF SERVICE

I hereby certify that on this the _22_ day of June, 2015, I have electronically filed the foregoing motion, using the Court's CM/ECF electronic filing system, which will serve notice upon the following named individuals: Hon. Michael Anderson, Assistant U.S. Attorney and Hon. William E. Scully, Attorney for DSD Shipping, A.S..