Exhibit "1"

# My Brief Life History

## 1. Family Background:

   I was born in a relatively poor family in March of 1981, my home town is a tiny mountain village in a remote section of northwest Hu Bei province China, is near the Yangtze River which is well-known as the Three Gorges Dam and Power station. In my childhood, like the most of low-income families of China in 1980s, my father must take the heavy burden *of* earning money to support our family as a pitman worked **in** another town mine; my elder brother and me were looked after by my mother alone except her housework and farm work. True, during my childhood time, life was very hard, but it was a very happy and harmony family, also it was an unforgettable and precious memory for all my life time.

   However, later happened two things broke this peaceful life for my family, but they made me become more stronger to face various unexpected difficulties and lead me to make a little achievements, whether learning in school, working with different company, or my personal life. When I was 9 years old in the primary school Grade Four, a serious illness suddenly came to me and I was paralyzed in both arms and both legs within 2 weeks, called Guillian-Barre Syndrome as a medical name, which is a rapid progressive disease that makes the immune system and destroy the parts of the nerves that lie outside the brain and spinal cord, it affects the arms and legs even quadriplegic. And this undoubtedly worsened my already hard family, I had to be temporary absent from school almost 2 years for illness treatment and rehabilitation therapy, most of the Guillian-Barre Syndrome patients were died or disabled arms and legs in 1980s due to the lack of medical condition noticed by my attending doctor, but he gave me one good suggestion of his opinion and it changed my life, that it is possible to stand up again by my own physical training. I must struggle out of illness and stand up again, so I started from practice walking slowly relied on the wall of house without wheelchair or other supports, after hundreds of fallings and failures during 2 years training, finally I stood up successfully and went back to school. From that time, I changed walking practice into a passion for strengthening sports, such as table tennis sport which can take more excise both arms and legs, also tried to play basketball some time, and now I have 3 times table tennis champion of various champion-ship games during my school-days.

But good times didn't last long, my father passed away due to heart disease when I was in senior high school Grade Three with the national college entrance examination approaching. I had to give up the examination and stay home to help my mother dealing with home affairs due to my elder brother was also just in university Grade One. Fortunately, I was succeed in passed the college entrance examination on the next year and accepted by Wuhan University of Technology, one of the National Key Universities ranks in the first tier in China, majored marine engineering with 4 years full-time courses, and graduated at the year of 2005, started to work until now.

As my personal life, I was married in 2011 and have a 4-year old daughter now, my wife is working in one medium-sized computer company as a financial manager holding the certificate of national Certified Public Accountant (CPA), we both have good jobs and have formed a very happy, harmonious family, we have bought our own residential house in Wuhan city by our joint efforts, which it is the capital city of Hubei Province China, my mother also lives with us together and enjoys her happy old-age times with my stepfather. My daughter is very cute and lovely, I love her and miss her very much. Now my elder brother is operating and managing his own company with a very good future even though building up from nothing. All our small achievements and comfortable life should owe to my great industrious mother and my respected departed father, they made many sacrifices so that we could have a good education and get a glorious future. I love and miss them so much.

**2. Education Background:**
September 1986............-November 1989:
Primary school Grade One to Grade Four
November 1989------------July 1992:
Temporary absence from school due to illness
September 1992-----------July 1994:
Primary school Grade Five to Grade Six
September 1994-----------July 1997:
Junior Middle School Grade One to Grade Three
September 1997-----------July 2001:
Senior High School Grade One to Grade Three, the college entrance examination was lost in the first year due to my home affairs (my father passed away near the examination).

September 2001-----------July 2005:
Wuhan University of Technology majored marine engineering with Bachelor of Engineering. It is a National Key University in the first tier of China.

**3. Honors:**
Year of 1996: Reached the final qualification of International Mathematical Olympics (Hubei Area of China) at 15 years old.
Year of 1997: Table tennis Champion in Junior Middle School.
Year of 1999: Table tennis Champion in Senior High School.
Year of 2002: Wuhan University of Technology Excellent Student Leader (Director of Study Department of the student union).
Year of 2003: Outstanding Student Scholarship First-class.
Year of 2004: National Scholarship and award
Second-class/Table tennis Champion in Wuhan University of Technology Championship.
Year of 2005:   Wuhan University of Technology Outstanding Graduates (Comprehensive Ranks in NO.6 of Total 205 Marine Engineering graduates according to 4-years study performance).

**4. Work Experience:**
Year of 2002 and 2003 summer vacation:
Took a part-time job as a private tutor for the Senior High school students, especially in Mathematics, Physics and Chemistry courses.   Also received rewards to support my education expenses.
June 2005—July 2006
Marine Engineering Engine Cadet (Titan shipping LTD, Singapore)
September 2006, promoted to 4th engineer
Sept. 2006 ------Sept.2007
4th Engineer (Titan Shipping LTD, Singapore)
November 2007, promoted to 3rd engineer
Nov.2007--------May 2008
3rd Engineer (Titan Shipping LTD, Singapore)
July 2008 ..........Mar. 2009
3rd Engineer (DSD Shipping AS, Norway)
Apr. 2009-------------- July 2009
Trained in Wuhan University of Technology again and passed 2nd engineer examination   Aug. 2009—Jan. 2010

3rd Engineer (DSD Shipping AS, Norway)
Mar. 2010—May 2010 ------ Aug. 2010
Promoted to 2nd Engineer on board at May 2010 (DSD Shipping AS)
Training 2nd Engineer..........2nd Engineer
Jan.2011 -------- Apr.2011
2nd Engineer (DSD Shipping AS, Norway)
2012------Mar.2014
Worked as 2nd Engineer for Chinese company 2 years.
Aug.2014----------Dec. lst 2014
2nd Engineer Stavanger Blossom (DSD Shipping AS, Norway). This is a very quick promotion from Cadet Engineer to 2nd Engineer (management class) within 5 years in a world-wide company, normally 8-10 years should be required at normal working performance.

### 5. Conclusion:

I have been trying my best always to do my job well and become a good worker and a faithful kind-hearted man, even detained here in US without any bad intention, also there is not any reason for me to do like that, I just want to go home and reunite my family although we are suffered. Hope my smallest desire will become true, thank you very much.

Best regards and happy new year!
Yours faithfully,

Xiaobing,Chen
27/12/2015